Raymond L. Bruton
SBI # 069025
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

RE: Civ. No. 06-744 SLR

Dear Judge Robinson;

I received two memorandum's concerning this case I presently have before your court, from the Acting Warden, Mark Emig, and from Sgt. Moody Inmate Grievance Chairperson.

Therefore, because I presume the evidence I will need to request from the defendant's will be incomplete; whereas, plaintiff is requesting that case number 06-744 SLR be dismissed without prejudice until plaintiff is able to seek conference with counsel.

Respectfully Submitted,
Raymond L. Bruton

Mr. Raymond L. Bexton
SBI #669035 Unit AQ-Pod
H. R. Y. C. I.
P.O. Box 9561
Wilmington, DE 19809



WILMINGTON DE 197
02 FEB 2007 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18 U.S.M.
Wilmington, Delaware 19801-1331