IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND L. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-744-SLR |
| | ) | |
| SGT. DENNY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 8th day of February, 2007.

Plaintiff Raymond L. Bruton, an inmate at the Howard R. Young Correctional Institution, filed a letter/motion to dismissed his case without prejudice. (D.I. 6) The court construes the letter/motion as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a).

IT IS THEREBY ORDERED that:

1. The motion to voluntarily dismiss (D.I. 6) pursuant to Fed. R. Civ. P. 41(a) is **granted** and the complaint is dismissed without prejudice.

2. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The clerk of the court is directed to send a copy of this order to the appropriate prison business office. The clerk of the court is also directed to close this case.

_____
UNITED STATES DISTRICT JUDGE