Raymond L. Bruton
SBI# 069025 Unit 2T-Pod
H.R.Y.C.I.
P.O.Box 9561
Wilmington, DE 19809

April 9, 2007

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

RE: Civ. No. 06-744-SLR

Dear Judge Robinson;

On February 1, 2007, plaintiff requested of the Wilmington District Court to have case No. 06-744 dismissed without prejudice.

Whereas, plaintiff has appealed the necessary paper work to the now, new Commissioner of Prison, Mr. Carl C. Danberg. Plaintiff recieved the answer and I am requesting of the District Court to revise and re-state the case No. 06-744 SLR as soon as convenient to the Court.

Sincerely,

Raymond L. Bruton

FILED
APR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Mr. Raymond L. Bruton
SBI# 069025 Unit 2T-Pod
H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

WILMINGTON DE 197
10 APR 2007 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570