Raymond L. Btuon
SBI# 069025 Unit 2T-Pod
H.R.Y.C.I.
P.O.Box 9561
Wilmington, DE 19809

May 3, 2007

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

RE: Civ. No 06-744-SLR

Dear Judge Robinson;

   On April 9, 2007, and on February 1, 2007 I mailed letters concerning Civ. Case No. 06-744 SLR. The April 9. 2007 requesting the Court to revise and re-state Civ. Case No. 06-744 SLR to my knowledge has not been responded to by the Court. However, if I am wrong, please I beg the Court to ignore plaintiff's dis-respect.

   Honorable Judge Robinson, I have no record of the Courts responce to plaintiff's April 9, 2007 letter; would the Court please look into this matter as soon as convenient to the Court.

Sincerely,

Raymond L. Bruton

FILED
MAY 07 2007
RG Scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mr. Raymond L. Bruton
SBI# 069025 Unit 2T-Pod
H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

WILMINGTON DE 197
04 MAY 2007 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570