IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND L. BRUTON,                    )
                                      )
              Plaintiff,              )
                                      )
       v.                             )        Civ. Action No. 06-744-SLR
                                      )
SGT. DENNY, et al.,                   )
                                      )
              Defendants.             )

## ORDER

WHEREAS, Plaintiff Raymond L. Bruton, an inmate at the Howard R. Young Correctional Institution, filed a letter/motion to dismiss his case without prejudice. (D.I. 6);

WHEREAS, the court construed the letter/motion as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a) and dismissed the case without prejudice on February 9, 2007 (D.I. 7);

WHEREAS, on April 13, 2007, plaintiff filed a letter/motion to reopen the case (D.I. 8);

IT IS THEREBY ORDERED that:

1. The motion to reopen the case (D.I. 8) is granted.

2. The clerk of the court is directed to reopen the case.

3. The $350.00 filing fee and the $29.90 initial partial filing fee are reinstated as is the December 14, 2006 order (D.I. 4) assessing the fees. The clerk of the court is

directed to send a copy of this order to the appropriate prison business office.

United States District Judge

$5/10/07$